Rebecca C. Padilla (CSBN: 248605)
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LINDA JOYCE PEREZ, | Case No.: CV 10-6589-CW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $4300.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   November 8, 2011

                        */s/*
                        
                        CARLA M. WOEHRLE
                        UNITED STATES MAGISTRATE JUDGE

-1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF POTTER, COHEN & SAMULON |
| 3 | /s/ *Rebecca C. Padilla* |
| | _____ |
| 4 | Rebecca C. Padilla<br>Attorney for Plaintiff |